| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Dale Parham, SBN 47045<br>Winterbotham Parham Teeple, a PC<br>4371 Latham Street, Ste 105<br>Riverside, CA 92501<br>Phone 951-686-7717<br>Fax 951-686-2536<br><br>*Attorney for* Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Dante Vilchis
Alma Vilchis

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 13

CASE NUMBER 6:09-bk-19446 CB

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   Dante Vilchis and Alma Vilchis

2. The name, address and telephone number of the New Attorney are *(specify)*:
   Dante Vilchis and Alma Vilchis; 33267 Avenue D, Yucaipa, CA 92399; (909) 790-1411

3. New Attorney hereby appears in the following matters:   ☒ The case   ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Dale Parham

Dated: 10/20/2010

Dante Vilchis & Alma Vilchis
*Type Name of Party*

*Signature of Party*

I consent to the above substitution.

Dated: 10/20/2010

Dale Parham
*Type Name of Present Attorney*

Winterbotham Parham Teeple, a PC
By:
*Signature of Present Attorney*

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 10/20/2010

Dante Vilchis & Alma Vilchis
*Type Name of New Attorney*
In propria persona

*Signature of New Attorney*

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

| Substitution of Attorney - *Page 2* | F 2090-1.4 |
|---|---|
| In re VILCHIS | CHAPTER 13 |
| Debtor. | CASE NUMBER 6:09-bk-19446 CB |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 2090-1.4

Substitution of Attorney - *Page 3*    **F 2090-1.4**

| In re VILCHIS | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 6:09-bk-19446 CB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4371 Latham Street, Ste 105
Riverside, CA 92501

A true and correct copy of the foregoing document described as Substitition of Attorney _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __10/20/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Office of the US Trustee         ustpregion16.rs.ecf@usdoj.gov
Rod Danielson, Trustee           notice-efile@rodan13.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __10/20/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/20/2010 | Helen Koh | _[signature]_ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| Substitution of Attorney - *Page 4* | **F 2090-1.4** |
|---|---|
| In re VILCHIS | CHAPTER 13 |
| Debtor. | CASE NUMBER 6:09-bk-19446 CB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 2090-1.4**

Label Matrix for local noticing
0973-6
Case 6:09-bk-19446-CB
Central District Of California
Riverside
Mon Oct 18 09:46:03 PDT 2010

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Candica,LLC
c/o Weinstein And Riley, PS
2001 Western Avenue
Ste 400
Seattle, WA 98121-3132

JPMorgan Chase Bank, National Association
Moss Codilis, LLp @ WaMu
1270 Northland Drive, Ste 200
Mendota Heights, MN 55120-1176

PHH MORTGAGE CORPORATION
Malcolm ~ Cisneros
2112 Business Center Drive
Second Floor
Irvine, CA 92612-7135

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

Riverside Division
3420 Twelfth Street,
Riverside, CA 92501-3842

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Amex
P.O. Box 981537
El Paso, TX 79998-1537

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Bk Of Amer
4060 Ogletown/Stan
Newark, DE 19713

CAPITAL ONE BANK (USA), N.A.
C/O TSYS DEBT MANAGEMENT (TDM)
PO BOX 5155
NORCROSS, GA 30091-5155

Candica LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Cap One
Po Box 85520
Richmond, VA 23285-5520

Cap One
Pob 30281
Salt Lake City, UT 84130-0281

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Services
PO Box 30285
Salt Lake City, UT 84130-0285

Chase
800 Brooksedge Blv
Westerville, OH 43081-2822

Chase
Bank One Card Serv
Westerville, OH 43081

Chase Bank USA, N.A.
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas TX 75374-0933

Chase Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298

Countrywide
450 American St
Simi Valley, CA 93065-6285

Countrywide Bank
PO Box 5170
Simi Valley, CA 93062-5170

DEPARTMENT STORES NATIONAL BANK/MACYS
TSYS DEBT MGMT., INC.
PO BOX 137
COLUMBUS, GA  31902-0137

DISCOVER BANK
DFS Services LLC
PO Box 3025
New Albany, Ohio  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Financial
PO Box 3008
Berkey, OH 43504

Discover Financial Services
PO Box 3008
Berkey, OH 43504

Dsnb Macys
3039 Cornwallis Rd
Durham, NC 27709

FIA Card Services NA aka Bank of America
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

GC Services Limited Partner
RE: Capital One
6330 Gulfton
Houston, TX 77081-1108

Gemb/Jcp
Po Box 981402
El Paso, TX 79998-1402

HSBC/GM Card
PO Box 60119
City Of Industry, CA 91716-0119

Home Depot Credit Serv.
PO Box 689700
Des Moines, IA 50368

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

JPMorgan Chase Bank, National Association
1270 Northland Drive, Ste 200
Mendota Heights, MN 55120-1176

Kohl's
PO Box 30510
Los Angeles, CA 90030-0510

Kohl's Payment Center
PO Box 30510
Los Angeles, CA 90030-0510

Kohls/Chase
N56 W17000 Ridge
Menomonee Fall, WI 53051

Luis A Esparza
12568 13th Street
Victorville, CA 92394

Macy's
PO Box 6938
The Lakes, NV 88901-6938

Merchants Financial Guardian Inc
PO Box 248
Brea, CA 92822-0248

Mort Serv Ct
Attn Sv09
Mount Laurel, NJ 08054

(c)MOUNTAIN WEST FINANCIAL, INC.
C/O BAC HOME LOANS SERVICING, LP
400 NATIONAL WAY
SIMI VALLEY CA  93065-6414

PHH MORTGAGE CORPORATION
2001 Bishops Gate Blvd
Attn: Cash Management
Mail Stop SBRP
Mt Laurel NJ 08054-4604

PHH Mortgage
PO Box 5452
Mount Laurel, NJ 08054-5452

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Sears Mc
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o The Home Depot
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC as agent for
HSBC Bank Nevada, N.A.
PO Box 12907
Norfolk VA 23541-0907

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

R-Ranch in the Sequoias Owners Assoc
Merchants Financial Guardian Inc
POB 248
Brea, CA 92822-0248

Ronald A Fine,  Attorney at Law
RE Merchants Financial Guardian
11845 W. Olympic Blvd, Ste 245
Los Angeles, CA 90064-1149

Sears Gold Mastercard
PO Box 6275
Sioux Falls, SD 57117-6275

Sears/Cbsd
701 East 60th St N
Sioux Falls, SD 57104-0432

State Street Retiree Services
1000 Half Day Road
Lincolnshire, IL 60069

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target N.B.
Po Box 673
Minneapolis, MN 55440-0673

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501-2804

Wamu Equity Plus
PO Box 78065
Phoenix, AZ 85062-8065

Washington Mutual
PO Box 1090
Northridge, CA 91328-1090

Washington Mutual Bank
3990 S Babcock St
Melbourne, FL 32901-8902

Yolanda Torres
12568 13th Street
Yucaipa, CA 92399-1876

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 35480
Newark, NJ 07193-5480

Alma L Vilchis
32267 Avenue D
Yucaipa, CA 92399-1719

Dale Parham
4371 Latham St Ste 105
Riverside, CA 92501-1731

Dante B Vilchis
32267 Avenue D
Yucaipa, CA 92399-1719

Rod (CB) Danielson (TR)
4361 Latham Street, Suite 270
Riverside, CA 92501-4332


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
PO Box 30943
Salt Lake City, UT 84130

(d)Discover Fin
Pob 15316
Wilmington, DE 19850

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Mountain West Financial, Inc.
c/o BAC Home Loans Servicing, LP
400 Countrywide Way
Simi Valley, CA 93065


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(d)CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(d)Candica,LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132


End of Label Matrix
Mailable recipients    68
Bypassed recipients     3
Total                  71